# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER SCHOEMAN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:20-CV-00001-RWS-CAN |
| | § | |
| v. | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| D/B/A WAL-MART STORES TEXAS | § | |
| 2007 D/B/A WAL-MART STORE #3482, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Court's order dismissing this action, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED.**

All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

**SIGNED this 14th day of October, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE